UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOSE LUIS RODRIGUEZ CASTRO,

Petitioner,

v.

No. 6:26-CV-00220-H

WARDEN, EDEN DETENTION
CENTER,

Respondent.

### ORDER

Jose Luis Rodriguez Castro is a native and citizen of Honduras. Proceeding pro se, Castro filed a 28 U.S.C. § 2241 habeas petition to challenge the legality of his immigration detention at the Eden Detention Center. Dkt. No. 1. He seeks immediate release and a declaratory judgment that his detention is unlawful on several grounds.

Respondent filed a response and relevant records, arguing that the Court should deny the petition because Castro fails to demonstrate that his continued detention violates the Constitution or laws of the United States. Dkt. Nos. 8, 9. In particular, Respondent argues that, even though Castro was present in the United States when ICE detained him, under the binding precedent recently established by the Fifth Circuit in *Buenrostro-Mendez v. Bondi*, Castro is nevertheless deemed an "application for admission" for purposes of Section 1225(a)(1) and, therefore, subject to mandatory detention without bond under Section 1225(b)(2)(A) for the duration of his removal proceedings, which remain pending before the Board of Immigration Appeals. Dkt. Nos. 8 at 2–3, 9 at 16; *see Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 502 (5th Cir. 2026). Additionally, Respondent argues that Castro's due

process claims have no merit and his claim that the DHS violated its agency regulations are not cognizable under habeas review. Dkt. No. 8 at 3–6.

The deadline for Castro to file a reply expired. To date, he has not filed a reply, sought an extension of time to do so, or otherwise attempted to refute the factual and legal contentions asserted by Respondent in its response.

The Court has reviewed the parties' pleadings, relevant records, and applicable law. For the reasons stated in Respondent's response, the Court concludes that Castro fails to demonstrate that his detention is unlawful and, in turn, fails to demonstrate that he is entitled to the relief that he seeks in his petition. Castro's petition is therefore denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated July 13, 2026.

JAMES WESLEY HENDRIX
United States District Judge

2