UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOSE LUIS RODRIGUEZ CASTRO,

Petitioner,

v.                                                          No. 6:26-CV-00220-H

WARDEN, EDEN DETENTION
CENTER,

Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and

decreed that the petition for writ of habeas corpus is denied and dismissed with prejudice.

Dated July 13, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge